UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Travis Antonio White**                    **Docket No. 2:06-CR-7-1BO**

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Travis Antonio White, who, upon an earlier plea of guilty to Distribution of 50 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 07, 2006, to the custody of the Bureau of Prisons for a term of 188 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On August 26, 2009, pursuant to an Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), the defendant's sentence was reduced to 151 months. On October 16, 2013, pursuant to an Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), the defendant's sentence was reduced to 120 months.

Travis Antonio White was released from custody on February 13, 2015, at which time the term of supervised release commenced. On June 8, 2015, a Violation Report was submitted to the court advising the defendant tested positive for marijuana on April 15, 2015. The court agreed with the probation officer's recommendation to continue supervision. On September 3, 2015, a Violation Report was submitted to the court advising White tested positive for marijuana on July 28, 2015. The court agreed with the probation officer's recommendation to continue supervision to allow the defendant to report for a substance abuse evaluation.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 20, 2016, the defendant provided a urine sample that was submitted for laboratory analysis. On July 29, 2016, laboratory analysis revealed positive results for marijuana. On August 10, 2016, when confronted with the test results, White admitted he used marijuana on approximately July 17, 2016, and signed an admission noting the same. The defendant has agreed to follow up with substance abuse counseling as directed by the probation office. Additionally, as sanctions for this violation conduct, confinement of 2 days in the custody of the Bureau of Prisons and participation in the DROPS Program (second use level) is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.

/s/ Dwayne K. Benfield                    /s/ Michael W. Dilda
Dwayne K. Benfield                        Michael W. Dilda
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          201 South Evans Street, Rm 214
                                          Greenville, NC 27858-1137
                                          Phone: 252-830-2342
                                          Executed On: August 22, 2016

**ORDER OF THE COURT**

Considered and ordered this _____ **23** day of _**August**_ _____, 2016, and ordered filed and
made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge